**Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00208-CR

_____

**JONATHAN ALBERT LEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR0947**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 7, a DVD.**

The clerk of the 122nd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 7, a DVD**, on or before **December 13, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original exhibit to the clerk of the 122nd District Court.


PER CURIAM